UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09-117-WFN-2 |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE (Ct Rec 119) |
| JOSE LUIS OLIVERA, | |
| Defendant. | |

As agreed upon by the parties, **IT IS ORDERED** that;

The Defendant's Motion to Modify Release Conditions (Ct. Rec. 119) is hereby GRANTED. The Defendant shall be removed from electronic monitoring.  All other conditions of release entered on September 4, 2009 shall remain in full effect.

DATED December 29, 2009.

s/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE - 1